IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**SHIRLEY COTTON, as Administratrix of the Estate of Ida Roberson (deceased), and on behalf of her heirs and wrongful death beneficiaries**     **PLAINTIFF**

V.     NO. 3:13-CV-00169-DMB-SAA

**GGNSC BATESVILLE, LLC, d/b/a Golden Living Center Batesville; GGNSC ADMINISTRATIVE SERVICES, LLC; GOLDEN LIVING; and GOLDEN LIVING-CENTER**     **DEFENDANTS**

### ORDER DISMISSING CASE

The Court has been advised that this action has been settled, or is in the process of being settled. Therefore, it is unnecessary that the action remain upon the calendar of the Court. Accordingly, this case is **DISMISSED without prejudice**. The Court retains complete jurisdiction to vacate this Order and to reopen the action upon cause shown that settlement has not been completed and further litigation is necessary.

**SO ORDERED**, this 16th day of May, 2016.

/s/ Debra M. Brown
**UNITED STATES DISTRICT JUDGE**